**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff/Respondent,<br>vs.<br><br>Daniel Michael Angelo Godoy,<br><br>       Defendant/Movant. | No. CR-01-0807-PHX-PGR<br>No. CV-04-1580-PHX-PGR<br><br>ORDER |

Defendant/movant Daniel Godoy having filed a Notice of Appeal (doc. # 737) from the judgment (doc. #736) dismissing his Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255,

IT IS ORDERED that no certificate of appealability shall be issued by this Court because defendant/movant Daniel Godoy has failed to make a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).

DATED this 11th day of January, 2008.

_____
Paul G. Rosenblatt
United States District Judge