**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>vs.<br><br>Daniel Michael Angelo Godoy,<br><br>    Defendant. | No. CR-01-0807-PHX-PGR<br><br>ORDER |

IT IS ORDERED that defendant Daniel Godoy's Motion for Reconsideration of Order Dated January 11, 2008 Denying Certificate of Appealability (Doc. 739), filed January 15, 2008 (doc. #741), is granted for the reasons stated therein and that the Court's Order entered on January 15, 2008 (doc. #739) is vacated.

DATED this 15th day of January, 2008.

Paul G. Rosenblatt
United States District Judge